UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
NOVEMBER 20, 2018 SESSION



FILED
NOV 20 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:18-00277
    8 U.S.C. § 1326(a)

**GILBERTO ESPINO-VELASQUEZ,**
    also known as "Luis Hernandez Munoz"
    also known as "Gilberto Espino Velazquez"

### I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about June 14, 2002, defendant GILBERTO ESPINO-VELASQUEZ, also known as Luis Hernandez Munoz, and also known as Gilberto Espino Velazquez, an alien, was found at or near Hildalgo, Texas, and was subsequently removed from the United States to Mexico on or about June 14, 2002.

2. On or about January 14, 2003, defendant GILBERTO ESPINO-VELASQUEZ, an alien, was found at or near Eagle Pass, Texas, and was subsequently removed from the United States to Mexico on or about January 17, 2003.

3. On or about September 8, 2003, defendant GILBERTO ESPINO-VELASQUEZ, an alien, was found at or near Eagle Pass, Texas, was convicted in the United States District Court in the Western

District of Texas of the misdemeanor offense of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1) on or about September 10, 2003, and was subsequently removed from the United States to Mexico on or about March 11, 2004.

4. On or about November 8, 2018, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant GILBERTO ESPINO-VELASQUEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *[signature]* 
ERIK S. GOES
Assistant United States Attorney